IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES GENARIE and THERESA COXON,<br><br>              Plaintiffs,<br><br>   v.<br><br>PRD MANAGEMENT, INC., et al.,<br><br>              Defendants. | HON. JEROME B. SIMANDLE<br><br>Civil Action<br><br>No. 04-2028(JBS)<br><br>**ORDER** |

    This matter having come before the Court upon Plaintiffs Charles Genarie and Theresa Coxon's Motion to Amend/Correct Complaint [Docket Item No. 20]; and the Court having considered Plaintiffs' proposed Amended Complaint and brief in support of its motion, Defendants' opposition thereto [Docket Item No. 21] and Plaintiffs' reply to Defendants' opposition [Docket Item No. 23]; and for the reasons stated in the Opinion of today's date; and for good cause shown;

    IT IS this   **25th**   day of **January, 2006** hereby

    **ORDERED** that the Plaintiffs' motion for leave to amend/correct complaint [Docket Item No. 20] be, and hereby is **GRANTED** in order to allow Plaintiff to add a count for breach of contract consistent with Count XIII of the proposed Amended Complaint; Plaintiffs shall cause their Amended Complaint to be filed and served on defense counsel within ten (10) days hereof.

                                        **s/ Jerome B. Simandle**
                                        JEROME B. SIMANDLE
                                        United States District Judge